**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 25-370** |
| | : | |
| **JIMMY KING** | : | |

## ORDER

**AND NOW**, this 9th day of April 2026, upon considering the United States' Motion to dismiss (ECF 39), and for good cause as the charges are now progressing as part of superseding Indictment in the earlier filed No. 25-cr-430, it is **ORDERED** the United States' Motion (ECF 39) is **GRANTED** requiring we **DISMISS this action without prejudice** to further proceedings in No 25-cr-430.

_____
**KEARNEY, J.**